WESTERN DISTRICT OF TEXAS
262 West Nueva Street
San Antonio, TX 78207

FILED
DEC 06 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Joey Fuentes # 200713

V.

Casteneda
Unknown Cert OFC (Comal County, TX)
Personal Capacity

SA23CA1502 FB

## CIVIL RIGHTS COMPLAINT 42 U.S.C. §1983

To The Honorable Judge of said Court:

Before the Court, Joey Fuentes, Plaintiff, files this, his 42 U.S.C. §1983 & in support of this will show the Court the following:

### I

Joey Fuentes is, at the time of this incident, a Pre-Trial Detainee Pending Criminal Action. Joey Fuentes suffer from various Mental Health issues.

Unknown Cert OFC works at Comal County Jail New Braunfels, TX

At all times of this complaint, the events happened at Comal County Jail C-Pod Rec on Nov, 13th, 2023 between 7:00 – 9:30 AM

### II

Plaintiff claims his 14th amendment Rights have been violated. The Cruel & Unusual Punishment against Pre-Trial detainees

Plaintiff claims Excessive Force which was applied was the direct cause of a Broken Thumb while he was subdued.

Plaintiff claims 'Bad Faith' by defendant which caused the injury & Qualified Immunity should be denied

Plaintiff seeks Compensatory, Punitive & Injunction Relief

Plaintiff seeks injunction in stopping violations of Due Process with excessive force at Comal County Jail.

(1) Amicus Curiae: Phillip "BabyShark" Scott

## III

## STANDING & 'YOUNGER' ABSTENTION

Plaintiff Joey has a Relationship with the Claim Presented In this action

'Younger Abstention' & the Eleventh Amendment does not bar 42 U.S.C. 1983 Personal Capacity suits

## IV

Plaintiff Joey is indigent and is seeking an In Forma Pauperis to be granted

Plaintiff Joey is Aware, That he is "not guaranteed the Right to Counsel in Civil litigation" However Plaintiff contends this § 1983 is complex & his Mental Health might Put him at a disadvantage. With the Grace of the Honorable Court he asks an indigent Public Defender be assigned to him.

__ALL THINGS CONSIDERED__, Plaintiff contends this 42 U.S.C. § 1983 is in compliance with __Fed. R. Civ. Proc. Rule 8__ & is well-Pleaded and he asks the Court to summon Defendant to Respond to this Complaint In Propria Persona

Joey Fuentas
Dec 1st, 2023
28 U.S.C. § 1746

## CERTIFICATE OF SERVICE

This is to certify that on Dec, 1st, 2023 a true & correct copy of the above and foregoing 42 U.S.C. § 1983 be served on Unknown Cont Ofc 3000 IH 35 south New Braunfels, TX 78130

Joey Fuentas

WESTERN DISTRICT OF TEXAS
262 West Nueva Street
San Antonio, TX 78207

Joey Fuentas # 200713

v.

Casteneda
~~Arkansas~~ Cept OFC. Comal County, TX
(Personal Capacity)

## SUPPORTING BRIEF TO 42 U.S.C. § 1983

To the Honorable Judge of said Court:

Before the Court Joey Fuentas Plaintiff files this, his Supporting Brief with relevant Caselaw & Argument. In support of this will show the Court the following:

### I. ARGUMENT

Plaintiff argues he is due relief because no more force was needed once he was subdued. This was unreasonable response & sadistic & egregious. Plaintiff argues he is apart of a Class of People under ADA and should be handled accordingly. The Force was Excessive & unreasonable.

### II.

Plaintiff claims "a Pre-Trial Detainee recieves the Protection of the Due Process Clause of the 14th amendment. Brothers V. Klevenhagen, 28 F.3d 452, 4555b (5th Cir. 1994) Force against a Pre-Trial Detainee is 'excessive' and a violation of the Fourteenth Amendment when the force was objectively unreasonable. Kingsley V. Hendrickson, 576 U.S. 389, 396-97 (2015) The Factors are: The relationship between the need for the Use-of-Force and the amount of Force used, the extent of the Plaintiff's injury, any effort made by the officer to temper or to limit the amount of Force, the Severity of the security problem at issue, the Threat reasonably perceived by the officer, whether the Plaintiff was actively resisting. These are not exhaustive. The 5th Circuit Court has made clear that Force which is disproportionate to the need is unreasonable. Joseph on behalf of Est. of Joseph V. Bartlett, 981 F.3d 319, 324 (5th Cir. 2020); Fairchild V. Coryell County, 40 F.4th 359 (5th Cir. 2022)

(1)   Amicus Curiae: Phillip "Babushook" Scott

II. Con'T

The 5th Circuit Court, stated "we have Placed weight on the Quickness with which Law Enforcement J.F. Personnel have escalated from negotiation to Force. Brothers V. Zoss, 837, F. 3d 513, 520 (5th Cir. 2016)

Plaintiff claims once subdued any more force is objectively unreasonable Bush V. Strain

Plaintiff claims that the Cert Ofc. used force greatly in excess of that which is reasonable under the circumstances. Plaintiff claims defendant acted maliciously toward a Pre-Trial Detainee with the intent to punish him & Qualified Immunity is not available.

The Fourteenth Amendment of the U.S. Constitution protects from force that is unreasonable and clearly excessive. The 14th Amendment protects against summary Punishment. The Standard Due Process claims of excessive use of Force is under the 14th amendment attenuated stage of Pre-trial Detention

Plaintiff alleges this incident was unnecessary and wanton Pain and Suffering. It was Force applied in 'Bad Faith' maliciously and sadistically for the very purpose of causing harm. This is prohibited under the 14th amendment.

Dec, 1st, 2023

Pro Se (In Propria Persona)

*Joey Fuentas*
Joey Fuentas

12/1/2023

# PRESERVATION LETTER

This letter is to freeze-time & frame and prevent deleting or tampering with electronic evidence. This letter is to briefly describe the data I seek and demand that all digital evidence be seperated

(i) Tier Camera Video on Nov. 13, 2023 between 7:00 am - 9:30 am in C-Pod Rec-Yard

(ii) Body Camera on CeRt Ofc. Casteneda between 7:00 am - 9:30 am

(iii) C-Pod Hallway Video Camera between 7:00 am - 9:30 am

Please preserve this potential evidence. I also demand my opponents do not actively destroy the digital evidence, and must stop any routine processes that result in the destruction of the specified digital files. There destruction may be considered as spoilation of evidence

Yours Truly,
Joey Fuentas
Joey Fuentas #200713

— SERVICE —

Please, service this to Mark Reynolds Sheriff 3005 W. San Antonio, St. New Braunfels, TX 78130. Thank you

— Joey Fuentas —