# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JOEY FUENTES, # 200713, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | SA-23-CV-1502-FB |
| § | |
| COMAL COUNTY OFFICER F/N/U § | |
| CASTANEDA, § | |
| § | |
| Defendant. § | |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff, Joey Fuentes's 42 U.S.C. § 1983 Civil Rights Complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure for failure to respond to the Court's Order to Show Cause, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Fuentes's Section 1983 claims against Defendant, Comal County Officer F/N/U Castaneda, are **DISMISSED WITHOUT PREJUDICE** for failure to respond to the Court's Order to Show Cause.

SIGNED this 16th day of May, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE